654

WOSHATKO, by guardian, Respondent, vs. ZAUDKE and another, Appellants.

For the appellants: *Leonard F. Schmitt* of Merrill.
For the respondent: *Vernon J. McHale* of Antigo.

*By the Court.*—Judgment affirmed.

REIF, by guardian, Respondent, vs. KLURFELD and another, Appellants: WALLMAN, Defendant.

For the appellants: *Robert R. Freeman,* attorney, and *Ronold A. Drechsler* of counsel, both of Milwaukee.
For the respondent: *A. L. Skolnik* of Milwaukee.
For the defendant Wallman: *Bloodgood, Stebbins & Bloodgood,* attorneys, and *Albert K. Stebbins* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

LEHNER, Respondent, vs. KELLEY, Executrix, and others, Appellants.

For the appellants: *J. L. Kelley* of Fond du Lac.
For the respondent: *Lehner & Lehner* of Princeton, attorneys, and *Hill, Beckwith & Harrington* of counsel, of Madison.

*By the Court.*—Judgment affirmed.